Scott D. St. Marie (SS-1109)
Theodore L. Hecht (TH-5497)
Sacks Montgomery, P.C.
800 Third Avenue
New York, New York 10022
(212) 355-4660

Attorneys for Plaintiff -
Federal Insurance Company



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
FEDERAL INSURANCE COMPANY,

                Plaintiff,        Case No. 07 CV 11095

   -against-                            RULE 7.1
                                            STATEMENT
TURNER CONSTRUCTION COMPANY,

                Defendant.
-------------------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff Federal Insurance Company (a private non-governmental party) certifies that it is a wholly-owned subsidiary of the Chubb Corporation which is a publicly traded entity.

Dated: New York, New York
       December 7, 2007                           SACKS MONTGOMERY, P.C.

                                                       By: _____
                                                          Scott D. St. Marie (SS-1109)
                                                          Theodore L. Hecht (TH-5497)
                                                          Attorneys for Plaintiff
                                                          800 Third Avenue
                                                          New York, New York 10022
                                                          (212) 355-4660