# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07 CV 11095

Date Filed: _____

Plaintiff:
**FEDERAL INSURANCE COMPANY**

vs.

Defendant:
**TURNER CONSTRUCTION COMPANY**

Received by ASK Litigation Support, Inc. to be served on **TURNER CONSTRUCTION COMPANY, 375 Hudson St., New York, NY 10014**.

I, Simon Kahn, being duly sworn, depose and say that on the **10th day of December, 2007** at **2:10 pm**, I:

Personally delivered a true copy of the **Summons & Complaint, Rule 7.1 Statement, Judge's and Magistrate's Rules including ECF** to Paul Martinez, Counsel and that said documents were in actuality delivered to the business at the location stated above.

**Description** of Person Served: Age: 57, Sex: M, Race/Skin Color: Caucasian, Height: 6'0", Weight: 185, Hair: Gray, Glasses: Y

I am over the age of 18, not a party to this action, and reside in the State of New York.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on   12/11/07
             DATE

Simon Kahn
0842361

**ASK Litigation Support, Inc.**
**D/B/A Firm Service**
211 East 43rd Street, Suite 1901
New York, NY 10017
(212) 481-9000
Our Job Serial Number: 2007000758