UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
FEDERAL INSURANCE COMPANY

                         Plaintiff,          Case No.: 07 CV 11095 (JFK)

-against-                       **STIPULATION EXTENDING TIME TO ANSWER COMPLAINT**

TURNER CONSTRUCTION COMPANY

                        Defendant.
-------------------------------------------------------

**IT IS HEREBY STIPULATED** between the attorneys for Plaintiff, Federal Insurance Company ("Federal"), and Defendant, Turner Construction Company ("Turner"), that Turner's time to answer, move or otherwise respond to Federal's Complaint in this matter is extended through January 30, 2008.

The undersigned may sign this stipulation by fax or PDF and such signature will be as valid as an original signature.

Date: December 26, 2007

SACKS MONTGOMERY, P.C.

*[signature]*

Scott D. St. Marie (SS-1109)
Attorneys for Plaintiff
    Federal Insurance Company
800 Third Avenue
New York, NY 10022

PECKAR & ABRAMSON

*[signature]*

Howard M. Rosen (HR9443)
Attorneys for Defendant
    Turner Construction Company
41 Madison Avenue, 20th Floor
New York, NY 10010

SO ORDERED:

*[signature]* 1/7/08

Hon. John F. Keenan
District Court Judge