UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FEDERAL INSURANCE COMPANY,

                        Plaintiff,        Case No. 07-CV-11095 (JFK)

- against -

TURNER CONSTRUCTION COMPANY,     NOTICE OF CHANGE OF
                                           FIRM AND ADDRESS OF
                                           PLAINTIFF'S COUNSEL
                      Defendant.      OF RECORD
------------------------------------------------------------X

       PLEASE TAKE NOTICE that the undersigned counsel of record for plaintiff are no longer affiliated with Sacks Montgomery, P.C. and have become members of, and will continue to serve as plaintiff's counsel of record at, the firm of Schnader Harrison Segal & Lewis LLP. Accordingly, all pleadings, notices, papers and orders pertaining to this matter hereafter should be served on plaintiff's counsel at the following address:

          Scott D. St. Marie
          Theodore L. Hecht
          SCHNADER HARRISON SEGAL & LEWIS LLP
          140 Broadway, Suite 3100
          New York, New York 10005

Dated:  New York, New York
          January 7, 2008

                                    SCHNADER HARRISON SEGAL & LEWIS LLP

                                    By: _____
                                      Scott D. St. Marie (SM1109)
                                      Theodore L. Hecht (TH5497)
                                      140 Broadway, Suite 3100
                                      New York, New York 10005
                                      (212) 973-8000

                                      Attorneys for Plaintiff
                                      Federal Insurance Co.

TO: Clerk of the Court
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Howard M. Rosen, Esq.
Peckar & Abramson
Attorneys for Defendant
41 Madison Avenue, 20th Floor
New York, NY 10010