UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

FEDERAL INSURANCE COMPANY,                                   Index No: 07 CV 11095 (JFK)

                                  Plaintiff,        STIPULATION
                                                     EXTENDING TIME TO
    -against-                                               ANSWER COMPLAINT

TURNER CONSTRUCTION COMPANY,

                                  Defendant.

------------------------------------------------------------X

    IT IS HEREBY STIPULATED by and between the attorneys for the plaintiff, Federal Insurance Company ("Federal"), and defendant, Turner Construction Company ("Turner"), that defendant Turner's time to answer, move or otherwise respond to Federal's Complaint in the above-captioned matter is hereby extended up to and including February 14, 2008.

    The undersigned may sign this stipulation by fax or PDF and such signature will be as valid as an original signature.

Dated: January 28, 2008                           Dated: January 28, 2008

PECKAR & ABRAMSON, P.C.                           SCHNADER HARRISON SEGAL
                                                  & LEWIS LLP
Attorneys for Defendant                           Attorneys for Plaintiff
Turner Construction Corporation                   Federal Insurance Company

*/s/ Howard M. Rosen/*                            */s/ Scott D. St. Marie/*

Howard M. Rosen, Esq. (HR9443)                    Scott D. St. Marie (SS-1109)
41 Madison Avenue                                 140 Broadway
20th Floor                                        Suite 3100
New York, New York 10010                          New York, New York 10005
(212) 382-0909                                    (212) 973-8000

47827

1

SO ORDERED:

*signature* 1/30/08
Hon. John F. Keenan
District Court Judge

LAW OFFICES
Peckar &
Abramson
A Professional Corporation

47827