AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

FEDERAL INSURANCE COMPANY,

V.

TURNER CONSTRUCTION COMPANY,

**APPEARANCE**

Case Number: 07-CV-11095 (JFK) (THK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

TURNER CONSTRUCTION COMPANY

I certify that I am admitted to practice in this court.

February 14, 2008
Date

Signature

Howard M. Rosen — HR-9443
Print Name — Bar Number

Peckar & Abramson, P.C., 41 Madison Avenue, 20th Floor
Address

New York — New York — 10010
City — State — Zip Code

(212) 382-0909 — (212) 382-3456
Phone Number — Fax Number

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>-against-<br><br>TURNER CONSTRUCTION COMPANY,<br><br>    Defendant. | Case No.<br>07-CV-11095 (JFK)(THK)<br><br>ECF Case |

## CERTIFICATE OF SERVICE

I, David A. Fultz, of Peckar & Abramson, P.C., do hereby certify that on the 14th day of February, 2008, I electronically filed the **NOTICE OF APPEARANCE o.b.o. Howard M. Rosen** with the Clerk of the Court of the Southern District of New York using the CM/ECF system, which sent notification to the following:

  Theodore L. Hecht ………………….. thecht@thechtlaw.com

I further certify that on the 14th day of February, 2008, I served a true copy of the above referenced document via U.S. Postal Service, first class mail, on the following:

 Scott D. St. Marie, Esq.
 SCHNADER HARRISON SEGAL
   & LEWIS LLP
 *Attorneys for Plaintiff*
  Federal Insurance Company
 140 Broadway, Suite 3100
 New York, New York 10005
 (212) 973-8000

               _____s/_____
               Howard M. Rosen (HR-9443)

48074.04