AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

FEDERAL INSURANCE COMPANY,

**APPEARANCE**

v.

TURNER CONSTRUCTION COMPANY,

Case Number: 07-CV-11095 (JFK) (THK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

TURNER CONSTRUCTION COMPANY

I certify that I am admitted to practice in this court.

| February 14, 2008 | _(signature)_ |
|---|---|
| Date | Signature |
| | David A. Fultz     DF-7233 |
| | Print Name     Bar Number |
| | Peckar & Abramson, P.C., 41 Madison Avenue, 20th Floor |
| | Address |
| | New York    New York    10010 |
| | City    State    Zip Code |
| | (212) 382-0909    (212) 382-3456 |
| | Phone Number    Fax Number |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| FEDERAL INSURANCE COMPANY, | ) ) ) | Case No. |
| Plaintiff, | ) ) | 07-CV-11095 (JFK)(THK) |
| -against- | ) ) | ECF Case |
| TURNER CONSTRUCTION COMPANY, | ) ) | |
| Defendant. | ) ) | |

## CERTIFICATE OF SERVICE

I, David A. Fultz, of Peckar & Abramson, P.C., do hereby certify that on the 14th day of February, 2008, I electronically filed the **NOTICE OF APPEARANCE o.b.o. David Fultz** with the Clerk of the Court of the Southern District of New York using the CM/ECF system, which sent notification to the following:

Theodore L. Hecht ………………….. thecht@thechtlaw.com

I further certify that on the 14th day of February, 2008, I served a true copy of the above referenced document via U.S. Postal Service, first class mail, on the following:

Scott D. St. Marie, Esq.
SCHNADER HARRISON SEGAL
    & LEWIS LLP
*Attorneys for Plaintiff*
   Federal Insurance Company
140 Broadway, Suite 3100
New York, New York 10005
(212) 973-8000

_____
David Fultz (DF-7233)

48074.03