UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, ) | |
| ) | Case No. |
| Plaintiff, ) | 07-CV-11095 (JFK) (THK) |
| ) | |
| -against- ) | |
| ) | ECF Case |
| TURNER CONSTRUCTION COMPANY, ) | |
| ) | |
| Defendant. ) | |

**RULE 7.1 STATEMENT OF TURNER CONSTRUCTION COMPANY**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Turner Construction Company (a private non-governmental party) certifies that the following are the corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

Turner Construction Company is a wholly owned subsidiary of Turner Corp., a privately held company which, in turn, is wholly owned by Hochtief, a German, publicly-traded company on a German stock exchange.

Dated: New York, New York
      February 14, 2008

                                  PECKAR & ABRAMSON, P.C.

                                  By: _____
                                       Howard M. Rosen (HR-9443)
                                       David Fultz (DF-7233)
                                *Attorneys for Defendant*
                                    Turner Construction Company
                                41 Madison Avenue, 20th Floor
                                New York, New York 10010
                                (212) 382-0909

47951

TO:     SCHNADER HARRISON SEGAL
           & LEWIS LLP
*Attorneys for Plaintiff*
   Federal Insurance Company
140 Broadway, Suite 3100
New York, New York 10005
Attn: Scott D. St. Marie, Esq.
Attn: Theodore L. Hecht, Esq.
(212) 973-8000

47951

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, <br><br> Plaintiff, <br><br> -against- <br><br> TURNER CONSTRUCTION COMPANY, <br><br> Defendant. | Case No. <br> 07-CV-11095 (JFK)(THK) <br><br> ECF Case |

## CERTIFICATE OF SERVICE

I, David A. Fultz, of Peckar & Abramson, P.C., do hereby certify that on the 14th day of February, 2008, I electronically filed the **RULE 7.1 STATEMENT OF TURNER CONSTRUCTION COMPANY** with the Clerk of the Court of the Southern District of New York using the CM/ECF system, which sent notification to the following:

Theodore L. Hecht ………………….. thecht@thechtlaw.com

I further certify that on the 14th day of February, 2008, I served a true copy of the above referenced document via U.S. Postal Service, first class mail, on the following:

Scott D. St. Marie, Esq.
SCHNADER HARRISON SEGAL
   & LEWIS LLP
*Attorneys for Plaintiff*
   Federal Insurance Company
140 Broadway, Suite 3100
New York, New York 10005
(212) 973-8000

_____
David Fultz (DF-7233)

48074.02