USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-17-2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

Federal Insurance Co.

V.

Turner Construction Co.

ORDER
07 civ. 11095 (JFK)

----------------------------------X

JOHN F. KEENAN, United States District Judge:

The following operative dates are hereby set as a part of the Court's case management plan:

Any additional joinder of parties by __July 1, 2008__.
Any amendment of the pleadings by __July 1, 2008__.

Plaintiff(s) will provide expert report(s), if any, to Defendant(s) by _____.

Defendant(s) will provide expert report(s), if any, to Plaintiff(s) by _____.

Replies to any expert reports by _____.

Discovery to be complete by __April 2, 2009__.

Next conference will be held on __April 7, 2009 - 10:30__.

Discovery supervision will be referred to Magistrate Judge __Katz__.

SO ORDERED. __March 17, 2008__
Dated: New York, New York

_____
JOHN F. KEENAN
United States District Judge