UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
FEDERAL INSURANCE COMPANY,

                                      Plaintiff,      07 CV 11095 (JFK) (THK)

                      -against-

TURNER CONSTRUCTION COMPANY,

                                      Defendant.
------------------------------------------------------------------ x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: TODD A. KRICHMAR

☒ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: TK-0524

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

    From: _____

    To: _____

    ☐ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

☒ *Address:* New York City Law Department
               100 Church Street, Room 3-122
               New York, New York 10007

☒ *Telephone Number:* (212) 676-0750

☒ *Fax Number:* (212) 788-8871

☐ *E-Mail Address:* tkrichma@law.nyc.gov

Dated: May 19, 2008 _[signature]_