


**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET, Room 3-122
NEW YORK, NY 10007

Todd A. Krichmar
Assistant Corporation Counsel
(212) 676-0750
Fax (212) 788-8871
tkrichma@law.nyc.gov

June 6, 2008

<u>**VIA FAX 212-805-7911 AND FIRST CLASS MAIL**</u>
Hon. John F. Keenan
United States District Court
Southern District of New York
500 Pearl Street, Room 1930
New York, New York 10007

**MEMO ENDORSED**

Re:   <u>Federal Insurance Co. v. Turner Construction Co.</u>
      Case No. 07-CV-11095 (JFK)(THK)

Dear Judge Keenan:

To follow up from my telephone conversation today with Mr. Keeley of your chambers, I write to request a pre-motion conference in connection with the contemplated motion of the New York City Economic Development to intervene as a defendant in the above action.

Respectfully submitted,

Todd A. Krichmar (TK 0524)

cc:   Theodore L. Hecht, Esq. (Via E-Mail)
      Meredith J. Jones, Esq. (Via E-Mail)
      Howard M. Rosen, Esq. (Via E-Mail)

```
The pre-motion conference is
scheduled for 10:30 a.m. on June
24, 2008 in courtroom 20-C.


SO ORDERED.

Dated:   June 6, 2008
         New York, N.Y.
```

_____
U.S.D.J.