UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

FEDERAL INSURANCE COMPANY,                    Index No: 07 CV 11095 (JFK)

                              Plaintiff,      **STIPULATION
                                              EXTENDING TIME
          -against-                           TO
                                              ANSWER COMPLAINT**

TURNER CONSTRUCTION COMPANY,

                              Defendant.

-----------------------------------------------------------------X

    IT IS **HEREBY STIPULATED** by and between the attorneys for the plaintiff,

Federal Insurance Company ("Federal"), and defendant, Turner Construction Company

("Turner"), that defendant Turner's time to answer Federal's Amended Complaint in the

above-captioned matter is hereby extended up to and including June 23, 2008.

    The undersigned may sign this stipulation by fax or PDF and such signature will

be as valid as an original signature.


Dated: June 6, 2008                    Dated: June 6, 2008

PECKAR & ABRAMSON, P.C.                SCHNADER HARRISON SEGAL
                                         & LEWIS LLP
Attorneys for Defendant                Attorneys for Plaintiff
Turner Construction Corporation          Federal Insurance Company


Howard M. Rosen, Esq. (HR9443)         Scott D. St. Marie (SS-1109)
41 Madison Avenue                      140 Broadway
20th Floor                             Suite 3100
New York, New York 10010               New York, New York 10005
(212) 382-0909                         (212) 973-8000

SO ORDERED:

*John F. Keenan* 6/18/08

Hon. John F. Keenan
District Court Judge

LAW OFFICES

Peckar &
Abramson
A Professional Corporation

47827

2