

# Peckar & Abramson

A Professional Corporation • Attorneys & Counselors at Law

**VIA FACSIMILE ONLY: (212) 805-7932**

41 Madison Avenue
20th Floor
New York, NY 10010
tel 212.382.0909
fax 212.382.3456

New Jersey
San Francisco
Los Angeles
Orange County
Miami
Fort Lauderdale
Orlando
Chicago
Washington, D.C.
London

www.pecklaw.com

June 25, 2008

Hon. Theodore H. Katz
United States Magistrate Judge
Daniel Patrick Moynihan
  United States Courthouse
500 Pearl Street, Room 1660
New York, New York 10007-1312

    Re:    **Federal Insurance Co. v. Turner Construction Co.**
           **Case No. 07 Civ 11095 (JFK) (THK)**
           **Our File: 0203/169410**

Dear Judge Katz:

We represent the defendant, Turner Construction Company ("Turner") in connection with the referenced matter. We write at the direction of Judge Keenan to advise you that non-party New York City Economic Development Corporation ("EDC") has moved to intervene as a party-defendant, as Turner has assigned its counterclaims in this matter to EDC.

In light of this potential addition of a party defendant, we respectfully request that the status report required by June 30, 2008 (requested via Your Honor's letter of April 7, 2008) - regarding whether the Court's assistance with settlement efforts might prove useful - be adjourned until the matter of EDC's joinder has been determined and the pleadings amended accordingly.

Respectfully,

David Fultz
DF-7233

DF/

cc:  Hon. John F. Keenan (via first class mail)
     Theodore L. Hecht, Esq. (via facsimile 212/972-8798)
     Steven C. Brown, Esq. (via facsimile 212/788-8872)

*Handwritten note:* Contact chambers after the intervention issue has been resolved.

**SO ORDERED**
6/25/08
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

*Stamps:* RECEIVED JUN 25 2008 CHAMBERS OF THEODORE H. KATZ US MAGISTRATE JUDGE

USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 6/26/08



a member of the ICLA International Construction Law Alliance

50072