AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

___Southern___ DISTRICT OF ___New York___

**APPEARANCE**

Case Number: 07-CV-11095 (JFK) (THK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Federal Insurance Company

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/21/2008 | *(signature)* |
| Date | Signature |
| | Cynthia A. Murray — CM-8900 |
| | Print Name — Bar Number |
| | Schnader Harrison Segal & Lewis LLP, 140 Broadway, 31 Fl. |
| | Address |
| | New York — NY — 10005-1101 |
| | City — State — Zip Code |
| | (212) 973-8000 — (212) 972-8798 |
| | Phone Number — Fax Number |