**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
FEDERAL INSURANCE COMPANY,           :

         Plaintiff,           :

                          07-CV-11095 (JFK)
  -against-           :

TURNER CONSTRUCTION COMPANY,           :

         Defendant.           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**JOHN F. KEENAN, United States District Judge:**

        Plaintiff Federal Insurance Company ("Federal") having consented to the filing of the proposed Intervenor Answer and Counterclaims by the New York City Economic Development Corporation ("EDC"), the EDC's motion to intervene is GRANTED. The Clerk of the Court is directed to close the motion (Dckt. No. 22), add the EDC to the caption of this case as defendant and counterclaimant, and accept the proposed Intervenor Answer and Counterclaims (Exh. 5 to Dckt. No. 23) for filing.  Pursuant to the parties' stipulation, Federal shall file a reply to the pleading by August 6, 2008.

**SO ORDERED.**

**Dated:**    **New York, New York**
           July 22, 2008

                              **JOHN F. KEENAN**
                  **United States District Judge**