KEENAN 5.

Scott D. St. Marie (SS-1109)
Theodore L. Hecht (TH-5497)
Cynthia A. Murray (CM-5900)
SCHNADER HARRISON SEGAL & LEWIS LLP
140 Broadway, Suite 3100
New York, New York 10005
Tel. No.: (212) 973-8000
Fax No.: (212) 972-8798
E-mail: sst.marie@schnader.com
E-mail: thecht@schnader.com
E-mail: cmurray@schnader.com

Attorneys for Plaintiff - Federal Insurance Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

FEDERAL INSURANCE COMPANY,

            Plaintiff,            07-CV-11095 (JFK) (THK)

     - against -              **STIPULATION**

TURNER CONSTRUCTION COMPANY,     ECF CASE

            Defendant.
------------------------------------------------X

     IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the respective parties below, as follows:

     1.    Plaintiff Federal Insurance Company ("Federal") shall consent to the filing of the proposed pleading of the New York City Economic Development Corporation ("EDC") without prejudice or waiver to allege any defense to the pleading.

PHDATA 3108781_1

2.	This stipulation shall not be construed as an acknowledgement or admission by Federal that EDC states a claim against Federal or that EDC has any lawful and enforceable interest in the underlying Performance Bond.

3.	This stipulation shall not be construed as an acknowledgement or admission by Federal of any factual or legal allegation made by EDC in its motion to intervene dated June 24, 2008.

4.	This stipulation shall not be construed as an acknowledgment, ratification, or acceptance by Federal with respect to any legal consequence of the Assignment between EDC and Turner Construction Company ("Turner") attached to EDC's motion to intervene and dated April 17, 2008 (the "Assignment") or (ii) any of the Assignment's provisions and recitals set forth therein.

5.	Federal shall file a reply to EDC's pleading by August 6, 2008.

Dated: New York, New York
       July 18, 2008

_____            _____
Scott St. Marie (SS-1109)            Todd A. Krichmar (TK-0524)
Theodore L. Hecht (TH-5497)          Steven C. Brown (SB-1899)
Cynthia A. Murray (CM-8900)          Corporation Counsel of the City of
Schnader Harrison Segal &              New York
  Lewis LLP                          100 Church Street, Room 3-122
140 Broadway, Suite 3100             New York, New York 10007
New York, New York 10005             (212) 788-1004
(212) 973-8000                       (212) 788-1915
(212) 972-8798 fax                   E-mail: tkrichmar@law.nyc.gov
E-mail: sst.marie@schnader.com       E-mail: sbrown@law.nyc.gov
E-mail: thecht@schnader.com
E-mail: cmurray@schnader.com

                                     Counsel for Proposed Intervenor
                                     Defendant and Counter-Claimant,
Counsel for Plaintiff, Federal Insurance    New York City Economic Development
Company                              Corporation

*[signature]*
Howard M. Rosen (HR-9443)
David Fultz (DF-7233)
Peckar & Abramson, P.C.
41 Madison Avenue, 20th Floor
New York, New York 10010
(212) 382-0909
(212) 382-3456 fax
E-mail: hrosen@pecklaw.com
E-mail: dfultz@pecklaw.com

Counsel for Defendant, Turner
Construction Company

SO ORDERED.

*[signature]* John F. Keenan  7/22/_
U.S.D.J.

3